**COMMONWEALTH of Kentucky ex rel.
DIVISION OF UNEMPLOYMENT
INSURANCE, Appellant,**

v.

**Charles R. BEAM'S ADMINISTRATRIX,
Kathryn Louise Beam, d/b/a, et al.,
Appellees.**

Court of Appeals of Kentucky.
May 11, 1962.

Paul E. Tierney, Samuel H. Cole, Christopher C. Frishe, Kentucky Division of Unemployment Insurance, Frankfort, for appellant.

Maurice H. Harris, Lexington, for appellee.

**H. H. LEET FURNITURE COMPANY, Inc., et al., Appellants,**

v.

**The CITY OF RICHMOND, Kentucky, a Municipal Corporation of the Third Class, et al., Appellees.**

Court of Appeals of Kentucky.

Jan. 19, 1962.

As Modified on Denial of Rehearing

June 8, 1962.

MILLIKEN, Judge.

This is an appeal by the Division of Unemployment Insurance from a judgment for $239.27, taxes plus penalty, against the appellees, jointly and severally, but which dismissed, for failure of proof, the claim against Mrs. Beam and the purchaser of the business for other taxes allegedly accrued after Mrs. Beam took over the business at the time of the death of her husband, who previously had owned and operated it, and under whose operation the $239.27 taxes adjudged due had accrued.

We have checked the record and agree with the conclusion of the trial court.

The appeal is dismissed.